UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

JAMES ROBERT REED,

        Plaintiff,

    v.

JASON C. GARNETT, BARRY W. PEARSON,
THOMAS SIMMONS, PAMELA MORAN,
STEPHEN DEMPSEY, ANTHONY
McALLISTER, KENNETH D. BROWN, NEIL C.
BANTICAN, ALAN M. UCHTMAN, JEFFREY
D. BROSHEARS, JASON P. VASQUEZ, ROGER
E. WALKER, BRIAN K. FAIRCHILD, and
SHERRY BENTON,

        Defendants.

Case No. 05-cv-716-JPG

## JUDGMENT

This matter having come before the Court, the issues having been heard, and the Court having rendered a decision,

IT IS HEREBY ORDERED AND ADJUDGED that plaintiff James Robert Reed's claim in this case against all defendants for violation of due process during disciplinary hearings (Count 1) is dismissed without prejudice; and

IT IS FURTHER ORDERED AND ADJUDGED that plaintiff James Robert Reed's claim in this case against defendants Garnett, Pearson, Simmons, Dempsey, McAllister, Moran, Brown, and Bantican for violating the First Amendment in confiscating his religious materials (Count 2) is dismissed with prejudice.

**DATED:  April 28, 2008**        **NORBERT JAWORSKI, CLERK**

        **s/Brenda K. Lowe, Deputy Clerk**

**Approved:**   s/ J. Phil Gilbert
           **J. PHIL GILBERT**
           **DISTRICT JUDGE**